# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

ANGIE NOEMI VALENCIA BANCHON, et al,

Petitioners,

v.

JAMES JANECKA, et al.,

Respondents.

No. 5:26-cv-00441-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Angie Noemi Valencia Banchon. No parties filed objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. Claim Three in the Petition is **granted** as to Petitioner Angie Noemi Valencia Banchon;

3. Petitioner Valencia Banchon shall be released unless she is given a bond hearing, at which her detention is considered under § 1226, no

later than **three days from this Order**;

4. Claims One, Two, Four, and Five in the Petition are **denied without prejudice** as to Petitioner Valencia Banchon; and

5. The Court Clerk shall serve this Order and the Partial Judgment on all counsel or parties of record.

DATED: March 31, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2