# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ANGIE NOEMI VALENCIA BANCHON, et al., | No. 5:26-cv-00441-SSS-BFM |
| Petitioners, | **PARTIAL JUDGMENT REGARDING PETITIONER ANGIE NOEMI VALENCIA BANCHON** |
| v. | |
| JAMES JANECKA, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Three in the Petition regarding Petitioner Valencia Banchon only. The Court finds there is no good reason for delay of the entry of judgment as to her, as the remaining claims relate to other Petitioners and have nothing to do with her. Fed. R. Civ. P. 54(b) ("When an action presents more than one claim for relief. . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."). Petitioner Valencia Banchon shall be released within three days of this

judgment unless she is given a bond hearing, at which her detention is considered under § 1226.

DATED: March 31, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2