JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ANGIE NOEMI VALENCIA BANCHON, et al.,<br><br>Petitioners,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | No. 5:26-cv-00441-SSS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that Counts One, Two, Four, and Five in the Petition are denied as to Petitioners Luna Chacon and Ma, Count Three in the Petition is granted as to Petitioners Luna Chacon and Ma, and the action is dismissed without prejudice.

DATED: April 27, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE